Scott H. Angstreich (appearance *pro hac vice*)
sangstreich@khhte.com
Jessica C. Collins (appearance *pro hac vice*)
jcollins@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5150

Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Facsimile: (415) 644-6908

*Counsel for Amicus Curiae
Cellco Partnership d/b/a Verizon Wireless*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY HENSON and WILLIAM CINTRON,<br><br>Plaintiffs,<br><br>vs.<br><br>TURN INC.,<br><br>Defendant. | CASE NO.: 4:15-cv-01497-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE FOR PENDING MOTIONS** |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE; CASE NO.: 4:15-cv-01497-JSW

1  WHEREAS, on April 1, 2015, Plaintiffs filed in this Court a Class Action Complaint (the
2  "Complaint") in the above-captioned action;
3  WHEREAS, on April 21, 2015, this Court entered a Stipulated Order, stipulated by and
4  between Plaintiffs and Defendant Turn Inc. ("Turn"), setting an Initial Case Management
5  Conference ("CMC") for July 24, 2015 at 9:30 AM, and providing that, in the event Turn filed a
6  motion for relief instead of an answer to the Complaint, a hearing would be set on July 24, 2015
7  at 9:30 AM;
8  WHEREAS, on May 15, 2015, Turn filed a Motion to Dismiss (or in the Alternative to
9  Stay) this Action to Compel Arbitration ("Motion to Dismiss");
10  WHEREAS, on May 22, 2015, Cellco Partnership d/b/a Verizon Wireless ("Verizon")
11  filed a Motion for Leave to File a Brief as *Amicus Curiae* in Support of Turn's Motion to Dismiss
12  ("Motion for Leave," and collectively with the Motion to Dismiss, the "Pending Motions");
13  WHEREAS, on May 26, 2015, this Court set a hearing date on the Motion for Leave for
14  July 24, 2015 at 9:00 AM;
15  WHEREAS, lead counsel for Verizon has a scheduling conflict with the July 24, 2015
16  hearing date due to a pre-existing family commitment that requires him to be in Portland, Maine
17  from July 24 through July 27, 2015;
18  WHEREAS, counsel for Verizon has conferred with Plaintiffs and Turn and all parties
19  have agreed, subject to the Court's schedule and approval, to reschedule the CMC and the hearing
20  date for the Pending Motions on August 21, 2015, which is the next date on which lead counsel
21  for Plaintiffs, Turn, and Verizon are all available; and
22  WHEREAS, there have been no other requested time modifications in this action, either
23  by stipulation or motion, and this stipulated request would have no effect on other scheduled
24  dates.
25  IT IS THEREFORE STIPULATED AND AGREED, by and between Verizon, Plaintiffs,
26  and Turn, acting through their respective counsel, subject to this Court's schedule and approval,
27  that the CMC shall be rescheduled for August 21, 2015, at 11 a.m., and the motion date for the
28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE; CASE NO.: 4:15-cv-01497-JSW

Pending Motions shall be rescheduled for the Court's Civil Law and Motion Calendar on August 21, 2015, at 9 a.m., with the order of call to be determined by the Court.

Dated: June 5, 2015	Respectfully submitted,

By: */s/ Scott H. Angstreich*

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5150

Rosemarie T. Ring (SBN 132418)
Rose.Ring@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Facsimile: (415) 644-6908

Scott H. Angstreich (appearance *pro hac vice*)
sangstreich@khhte.com
Jessica C. Collins (appearance *pro hac vice*)
jcollins@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Amicus Curiae
Cellco Partnership d/b/a Verizon Wireless*

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING MOTION DATE; CASE NO.:
4:15-cv-01497-JSW

| | | |
|---|---|---|
| 1 | Dated: June 5, 2015 | By: */s/ Michael H. Rubin* |
| 2 | | Michael H. Rubin, State Bar No. 214636 |
| | | mrubin@wsgr.com |
| 3 | | Anthony J. Weibell, State Bar No. 238850 |
| | | aweibell@wsgr.com |
| 4 | | Stephen N. Gikow, State Bar No. 302484 |
| | | sgikow@wsgr.com |
| 5 | | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| 6 | | One Market Plaza, Spear Tower, Suite 3300 |
| | | San Francisco, CA 94105 |
| 7 | | Telephone: (415) 947-2000 |
| | | Facsimile: (415) 947-2099 |
| 8 | | |
| | | *Counsel for Defendant Turn Inc.* |
| 9 | | |
| 10 | Dated: June 5, 2015 | By: */s/ Nimish R. Desai* |
| 11 | | Michael W. Sobol (CA 194857) |
| | | msobol@lchb.com |
| 12 | | Nimish R. Desai (CA 244953) |
| | | ndesai@lchb.com |
| 13 | | LIEFF CABRASER HEIMANN & |
| | | BERNSTEIN, LLP |
| 14 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 15 | | Telephone: 415.956.1000 |
| | | Facsimile: 415.956.1008 |
| 16 | | |
| 17 | | *Counsel for Plaintiffs* |

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

DATED: June 5, 2015

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

---

3
STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING MOTION DATE; CASE NO.: 4:15-cv-01497-JSW