IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HENSON and WILLIAM CINTRON, <br><br> Plaintiffs, <br><br> v. <br><br> TURN, INC., <br><br> Defendant. | No. C 15-01497 JSW <br><br> **ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss (or in the alternative to stay) this action to compel arbitration which has been noticed for hearing on Friday, August 21, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. The case management conference set for Friday, August 21, 2015 at 11:00 a.m. is hereby VACATED and shall be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated: August 18, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE