Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Nimish R. Desai (CA 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Bradley S. Clanton
brad@clantonlegalgroup.com
CLANTON LEGAL GROUP PLLC
627 Mohawk Avenue
Jackson, MS 39216
Telephone:  601-454-8794
Facsimile:  866-421-9918

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY HENSON and WILLIAM CINTRON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TURN, INC.,<br><br>Defendant. | Case No. 4:15-cv-1497-JSW<br><br>**PLAINTIFFS' UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL** |

1   Pursuant to the Court's December 17, 2018, Order (Dkt. 92), Plaintiffs hereby advise the

2   Court that no amended complaint shall be filed. Rather, pursuant to Federal Rule of Civil

3   Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice all of their claims against

4   Defendant Turn, Inc. ("Turn"), with all parties to bear their own fees and costs. Turn has not

5   made or promised any payment to Plaintiffs or their counsel in return for dismissal of the action.

6

7   Dated: January 23, 2019                     Respectfully submitted,

8                                               CARNEY BATES & PULLIAM, PLLC

9                                               By:___/s/ Hank Bates_____

10                                              Hank Bates (State Bar No. 167688)
                                                hbates@cbplaw.com
11                                              519 W. 7th Street
                                                Little Rock, AR 72201
12                                              Telephone:  501.312.8500
                                                Facsimile:  501.312.8505
13
                                                Michael W. Sobol (State Bar No. 194857)
14                                              msobol@lchb.com
                                                Nimish R. Desai (CA 244953)
15                                              ndesai@lchb.com
                                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
16                                              275 Battery Street, 29th Floor
                                                San Francisco, CA  94111-3339
17                                              Telephone:  415.956.1000
                                                Facsimile:  415.956.1008
18
                                                Nicholas Diamand
19                                              ndiamand@lchb.com
                                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
20                                              250 Hudson Street, 8th Floor
                                                New York, NY  10013-1413
21                                              Telephone:  212.355.9500
                                                Facsimile:  212.355.9592
22
                                                Bradley S. Clanton
23                                              brad@clantonlegalgroup.com
                                                CLANTON LEGAL GROUP PLLC
24                                              627 Mohawk Avenue
                                                Jackson, MS 39216
25                                              Telephone:  601-454-8794
                                                Facsimile:  866-421-9918
26
                                                *Attorneys for Plaintiffs and the Proposed Class*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Hank Bates*
HANK BATES

PLAINTIFFS' UNOPPOSED NOTICE
OF VOLUNTARY DISMISSAL
CASE NO. 4:15-CV-1497-JSW